Dina L. Anderson
21001 N. Tatum Blvd
Suite 1630-608
Phoenix, AZ 85050

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re: § Case No. 2:11-bk-28348-SSC
§
JASON L. LOGSDON §
DEANNE MARIE LOGSDON §
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/06/2011. The undersigned trustee was appointed on 10/06/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $1,253.04

  Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $260.00 |
| Bank service fees | $18.19 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $35.23 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $939.62 |

  The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/28/2012 and the deadline for filing government claims was 09/28/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $304.45. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $60.00 as interim compensation and now requests the sum of $244.45, for a total compensation of $304.45[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $45.94, for total expenses of $45.94.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/09/2013                          By:    /s/ Dina L. Anderson
                                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

| | | |
|---|---|---|
| **Case No.:** | 11-28348-SSC | |
| **Case Name:** | LOGSDON, JASON L. AND LOGSDON, DEANNE MARIE | |
| **For the Period Ending:** | 8/6/2013 | |

| | |
|---|---|
| **Trustee Name:** | Dina L. Anderson |
| **Date Filed (f) or Converted (c):** | 10/06/2011 (f) |
| **§341(a) Meeting Date:** | 11/10/2011 |
| **Claims Bar Date:** | 09/28/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Real property: 13644 W. Keim Drive, Litchfield Park, AZ | $92,200.00 | $0.00 | | $0.00 | FA |
| 2 | Desert Schools Federal Credit Union Checking Account #2780 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Desert Schools Federal Credit Union Savings Account #2700 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Desert Schools Federal Credit Union Savings Account #1600 | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Misc. Exempt Household Goods and Furnishings | $547.00 | $0.00 | | $0.00 | FA |
| 6 | Misc. Non-Exempt Household Goods and Furnishings | $640.00 | $640.00 | | $0.00 | FA |
| 7 | Misc. Wearing Apparel | $1,000.00 | $0.00 | | $0.00 | FA |
| 8 | Two Wedding Bands and Engagement Ring | $2,000.00 | $0.00 | | $0.00 | FA |
| 9 | Two Watches | $200.00 | $0.00 | | $0.00 | FA |
| 10 | Term Life Insurance Policy with Life Insurance Company | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Group Term Life Insurance Policy - Joint Debtor (Through Employer) | $0.00 | $0.00 | | $0.00 | FA |
| 12 | 529 College Account (Minor daugther's savings account) | $352.96 | $352.96 | | $0.00 | FA |
| 13 | 401(k) with Fidelity Investments - Joint Debtor | $14,292.65 | $0.00 | | $0.00 | FA |
| 14 | Retirement Plan with Great-West Retirement Services - Debtor | $5,862.52 | $0.00 | | $0.00 | FA |
| 15 | 2006 Nissan Xterra, Mileage: 115,693, Condition: Good | $7,825.00 | $0.00 | | $0.00 | FA |
| 16 | 2011 Federal Tax Refund                    (u) | $853.00 | $652.02 | | $853.00 | FA |
| 17 | 2011 State Tax Refund                        (u) | $400.00 | $305.75 | | $400.00 | FA |
| INT | Interest Earned                              (u) | Unknown | Unknown | | $0.04 | FA |

**Case No.:**          11-28348-SSC                                    **Trustee Name:**                    Dina L. Anderson
**Case Name:**      LOGSDON, JASON L. AND LOGSDON, DEANNE MARIE          **Date Filed (f) or Converted (c):**    10/06/2011 (f)
**For the Period Ending:**    8/6/2013                                **§341(a) Meeting Date:**            11/10/2011
                                                                       **Claims Bar Date:**                09/28/2012

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
| | $126,173.17 | $1,950.73 | | $1,253.04 | $0.00 |

**Major Activities affecting case closing:**

08/09/2013    TFR

**Initial Projected Date Of Final Report (TFR):**    05/10/2013          **Current Projected Date Of Final Report (TFR):**    10/10/2013          /s/ DINA L. ANDERSON

DINA L. ANDERSON

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 11-28348-SSC |
| Case Name: | LOGSDON, JASON L. AND LOGSDON, DEANNE MARIE |
| Primary Taxpayer ID #: | ******3683 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/6/2011 |
| For Period Ending: | 8/6/2013 |

| | |
|---|---|
| Trustee Name: | Dina L. Anderson |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******8348 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $72,661,955.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 11/01/2012 | | Bank of America | Transfer Funds | 9999-000 | $953.03 | | $953.03 |
| 11/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.48 | $951.55 |
| 12/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.53 | $950.02 |
| 01/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.53 | $948.49 |
| 02/28/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.38 | $947.11 |
| 03/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.52 | $945.59 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.47 | $944.12 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.52 | $942.60 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.47 | $941.13 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.51 | $939.62 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $953.03 | $13.41 | $939.62 |
| | | | Less: Bank transfers/CDs | | $953.03 | $0.00 | |
| | | | Subtotal | | $0.00 | $13.41 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $13.41 | |

| For the period of 10/6/2011 to 8/6/2013 | | For the entire history of the account between 11/01/2012 to 8/6/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $953.03 | Total Internal/Transfer Receipts: | $953.03 |
| | | | |
| Total Compensable Disbursements: | $13.41 | Total Compensable Disbursements: | $13.41 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13.41 | Total Comp/Non Comp Disbursements: | $13.41 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 11-28348-SSC | |
| Case Name: | LOGSDON, JASON L. AND LOGSDON, DEANNE MARIE | |
| Primary Taxpayer ID #: | ******3683 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/6/2011 | |
| For Period Ending: | 8/6/2013 | |

| | |
|---|---|
| Trustee Name: | Dina L. Anderson |
| Bank Name: | Bank of America |
| Money Market Acct #: | ******4451 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $72,661,955.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/14/2012 | | LOGSDON, JASON L. | 2011 tax refunds | * | $1,253.00 | | $1,253.00 |
| | {17} | | 2011 State tax refund $400.00 | 1224-000 | | | $1,253.00 |
| | {16} | | 2011 Federal tax refund $853.00 | 1224-000 | | | $1,253.00 |
| 06/26/2012 | 301 | UNITED STATES BANKRUPTCY COURT | Reopen fee | 2700-000 | | $260.00 | $993.00 |
| 06/26/2012 | 302 | JASON AND DEANNE LOGSDON | Debtors' pro rata share of 2011 tax refunds | 8500-002 | | $35.23 | $957.77 |
| 07/31/2012 | (INT) | Bank of America | Interest Rate  0.010 | 1270-000 | $0.01 | | $957.78 |
| 07/31/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $1.29 | $956.49 |
| 08/31/2012 | (INT) | Bank of America | Interest Rate  0.010 | 1270-000 | $0.01 | | $956.50 |
| 08/31/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $1.22 | $955.28 |
| 09/28/2012 | (INT) | Bank of America | Interest Rate  0.010 | 1270-000 | $0.01 | | $955.29 |
| 09/28/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $1.10 | $954.19 |
| 11/01/2012 | (INT) | Bank of America | Interest Earned For November 2012 | 1270-000 | $0.01 | | $954.20 |
| 11/01/2012 | | Bank of America | Bank Service Fee | 2600-000 | | $1.17 | $953.03 |
| 11/01/2012 | | Integrity Bank | Transfer Funds | 9999-000 | | $953.03 | $0.00 |

SUBTOTALS    $1,253.04    $1,253.04

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 11-28348-SSC |
| Case Name: | LOGSDON, JASON L. AND LOGSDON, DEANNE MARIE |
| Primary Taxpayer ID #: | ******3683 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/6/2011 |
| For Period Ending: | 8/6/2013 |

| | |
|---|---|
| Trustee Name: | Dina L. Anderson |
| Bank Name: | Bank of America |
| Money Market Acct #: | ******4451 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $72,661,955.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $1,253.04 | $1,253.04 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $953.03 | |
| | | | Subtotal | | $1,253.04 | $300.01 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,253.04 | $300.01 | |

For the period of 10/6/2011 to 8/6/2013

| | |
|---|---|
| Total Compensable Receipts: | $1,253.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,253.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $264.78 |
| Total Non-Compensable Disbursements: | $35.23 |
| Total Comp/Non Comp Disbursements: | $300.01 |
| Total Internal/Transfer Disbursements: | $953.03 |

For the entire history of the account between 06/14/2012 to 8/6/2013

| | |
|---|---|
| Total Compensable Receipts: | $1,253.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,253.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $264.78 |
| Total Non-Compensable Disbursements: | $35.23 |
| Total Comp/Non Comp Disbursements: | $300.01 |
| Total Internal/Transfer Disbursements: | $953.03 |

# CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-28348-SSC | | Trustee Name: | Dina L. Anderson |
| Case Name: | LOGSDON, JASON L. AND LOGSDON, DEANNE MARIE | | Bank Name: | Bank of America |
| Primary Taxpayer ID #: | ******3683 | | Money Market Acct #: | ******4451 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 10/6/2011 | | Blanket bond (per case limit): | $72,661,955.00 |
| For Period Ending: | 8/6/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | $1,253.04 | $313.42 | $939.62 |

| For the period of 10/6/2011 to 8/6/2013 | | For the entire history of the case between 10/06/2011 to 8/6/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,253.04 | Total Compensable Receipts: | $1,253.04 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,253.04 | Total Comp/Non Comp Receipts: | $1,253.04 |
| Total Internal/Transfer Receipts: | $953.03 | Total Internal/Transfer Receipts: | $953.03 |
| | | | |
| Total Compensable Disbursements: | $278.19 | Total Compensable Disbursements: | $278.19 |
| Total Non-Compensable Disbursements: | $35.23 | Total Non-Compensable Disbursements: | $35.23 |
| Total Comp/Non Comp Disbursements: | $313.42 | Total Comp/Non Comp Disbursements: | $313.42 |
| Total Internal/Transfer Disbursements: | $953.03 | Total Internal/Transfer Disbursements: | $953.03 |

Case No.: 11-28348-SSC
Case Name: LOGSDON, JASON L. AND LOGSDON, DEANNE MARIE
Claims Bar Date: 09/28/2012

Trustee Name: Dina L. Anderson
Date: 8/6/2013

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DINA L. ANDERSON 21001 N. Tatum Blvd., Suite 1630-608 Phoenix AZ 85050 | 10/06/2011 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $304.45 | $244.45 | $0.00 | $0.00 | $0.00 | $244.45 |
| | DINA L. ANDERSON 21001 N. Tatum Blvd., Suite 1630-608 Phoenix AZ 85050 | 10/06/2011 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $45.94 | $45.94 | $0.00 | $0.00 | $0.00 | $45.94 |

Claim Notes:

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP/TD BANK, USA PO Box 248866 Oklahoma City OK 73124 | 07/16/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $778.00 | $778.92 | $778.92 | $0.00 | $0.00 | $0.00 | $778.92 |
| 2 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 07/20/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $845.00 | $855.69 | $855.69 | $0.00 | $0.00 | $0.00 | $855.69 |

Claim Notes:

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 07/20/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $953.00 | $1,003.95 | $1,003.95 | $0.00 | $0.00 | $0.00 | $1,003.95 |

Claim Notes:

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | BARCLAY PO Box 15102 Wilmington DE 19886-5102 | 07/26/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $6,259.00 | $6,259.36 | $6,259.36 | $0.00 | $0.00 | $0.00 | $6,259.36 |

Claim Notes: Claim transferred from FIA Card Services on 10/17/12.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | QUANTUM3 GROUP LLC/WORLD FINANCIAL NETWORK NATIONAL BANK PO Box 788 Kirkland WA 98083 | 07/31/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $569.00 | $581.41 | $581.41 | $0.00 | $0.00 | $0.00 | $581.41 |

| Case No.: | 11-28348-SSC |
|---|---|
| Case Name: | LOGSDON, JASON L. AND LOGSDON, DEANNE MARIE |
| Claims Bar Date: | 09/28/2012 |

| Trustee Name: | Dina L. Anderson |
|---|---|
| Date: | 8/6/2013 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | QUANTUM3 GROUP LLC/WORLD FINANCIAL NETWORK NATIONAL BANK PO Box 788 Kirkland WA 98083 | 07/31/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $221.00 | $261.43 | $261.43 | $0.00 | $0.00 | $0.00 | $261.43 |
| 7 | AMERICAN EXPRESS BANK, FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355 | 09/05/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $23,893.00 | $23,893.53 | $23,893.53 | $0.00 | $0.00 | $0.00 | $23,893.53 |
| 8 | CAPITAL ONE, N.A. c/o Becket and Lee LLP POB 3001 Malvern PA 19355 | 09/17/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $746.00 | $746.27 | $746.27 | $0.00 | $0.00 | $0.00 | $746.27 |
| 9 | CAPITAL ONE, N.A. Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson AZ 85712 | 09/19/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $2,840.00 | $2,840.89 | $2,840.89 | $0.00 | $0.00 | $0.00 | $2,840.89 |
| | | | | | | $37,571.84 | $37,511.84 | $0.00 | $0.00 | $0.00 | | $37,511.84 |

| | |
|---|---|
| **Case No.** | 11-28348-SSC |
| **Case Name:** | LOGSDON, JASON L. AND LOGSDON, DEANNE MARIE |
| **Claims Bar Date:** | 09/28/2012 |

| | |
|---|---|
| **Trustee Name:** | Dina L. Anderson |
| **Date:** | 8/6/2013 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured 726(a)(2) | $37,221.45 | $37,221.45 | $0.00 | $0.00 | $0.00 | $37,221.45 |
| Trustee Compensation | $304.45 | $244.45 | $0.00 | $0.00 | $0.00 | $244.45 |
| Trustee Expenses | $45.94 | $45.94 | $0.00 | $0.00 | $0.00 | $45.94 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:        2:11-bk-28348-SSC
Case Name:    JASON L. LOGSDON
                      DEANNE MARIE LOGSDON
Trustee Name:  Dina L. Anderson

|  |  |
|---|---|
| Balance on hand: | $939.62 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $939.62 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| DINA L. ANDERSON Trustee Fees | $304.45 | $60.00 | $244.45 |
| DINA L. ANDERSON Trustee Expenses | $45.94 | $0.00 | $45.94 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $290.39 |
| Remaining balance: | $649.23 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $649.23 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $649.23 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $37,221.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP/TD Bank, USA | $778.92 | $0.00 | $13.59 |
| 2 | Capital One Bank (USA), N.A. | $855.69 | $0.00 | $14.93 |
| 3 | Capital One Bank (USA), N.A. | $1,003.95 | $0.00 | $17.51 |
| 4 | Barclay | $6,259.36 | $0.00 | $109.18 |
| 5 | Quantum3 Group LLC/World Financial Network National Bank | $581.41 | $0.00 | $10.14 |
| 6 | Quantum3 Group LLC/World Financial Network National Bank | $261.43 | $0.00 | $4.56 |
| 7 | American Express Bank, FSB | $23,893.53 | $0.00 | $416.76 |
| 8 | Capital One, N.A. | $746.27 | $0.00 | $13.01 |
| 9 | Capital One, N.A. | $2,840.89 | $0.00 | $49.55 |

Total to be paid to timely general unsecured claims:     $649.23
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00
Remaining balance:     $0.00